**\*\* E-filed August 29, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPECIALIZED BICYCLE COMPONENTS, INC., <br><br>　　　　Plaintiff,<br>　　v.<br><br>DAVID BARTON, d/b/a/ buzzboysales, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C10-05725 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 36]** |

　　　　A case management conference in the above-captioned action is currently scheduled for August 30, 2011. However, in light of Defendants' failure to answer or otherwise respond to Plaintiff's First Amended Complaint, and in light of Plaintiff's stated intention to file a motion for default judgment, the case management conference is CONTINUED to October 25, 2011.

　　　　**IT IS SO ORDERED.**

Dated: August 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-05725 HRL Notice will be electronically mailed to:**

Adam Paul Brezine, Esq          adam.brezine@hro.com, andres.carrillo@hro.com,
                                freeda.lugo@hro.com, steve.jang@hro.com

**See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Stephen Sansom
Holme Roberts & Owen LLP
560 Mission Street
25th Floor
San Francisco, CA 94105

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**