UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPECIALIZED BICYCLE COMPONENTS,<br><br>            Plaintiff,<br><br>   v.<br><br>DAVID BARTON DBA BUZZBOYSALES;<br>et al.,<br>            Defendants. | Case No.: 5:10-CV-05725 EJD<br><br>**ORDER GRANTING MOTION TO CORRECT JUDGMENT**<br><br>**(Re: Docket Item No. 59)** |

Presently before the court is Plaintiff's motion to correct clerical error in the default judgment entered on January 25, 2012, pursuant to Fed. R. Civ. P. 60(a). See Docket Item No. 59. The judgment was entered against "David Barton, doing business as Buzz Boy Sales," instead of the proper defendant, against whom all relief should be granted, Chuck Gibson aka David Barton, dba BuzzBoySales.

Accordingly, Plaintiff's motion to correct clerical error in the default judgment is GRANTED and the hearing set for May 4, 2012 is VACATED. The Clerk shall close this file upon entry of corrected Judgment.

**IT IS SO ORDERED.**

Dated: February 9, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:10-CV-05725 EJD (HRL)
ORDER GRANTING MOTION TO CORRECT JUDGMENT

United States District Court
For the Northern District of California