1  PAUL B. SCHROEDER (SBN 179527)
   HIRSCH, CLOSSON, MCMILLAN & SCHROEDER
2  A Professional Corporation
   2175 N. California Blvd., Suite 424
3  Walnut Creek, California 94596
   Telephone (925) 935-9800
4  Facsimile (925) 935-9825

5

   Attorneys for Plaintiff
6  Specialized Bicycle Components, Inc.

7

8                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION

10

11

   SPECIALIZED BICYCLE                        No.  5:10-CV-05725 EJD
12 COMPONENTS, a California corporation,
                                              ~~PROPOSED~~ AMENDED/CORRECTED
13        Plaintiff,                          JUDGMENT

14 vs.

15 DAVID BARTON DBA
   BUZZBOYSALES, an individual, Chuck         Complaint Filed: 12/15/2010
16 Gibson, an individual, and DOES 1-5,       Trial Date: Not Set

17        Defendants.
                                         /
18

19        This matter having been fully considered, and the court having adopted the Report and

20 Recommendation of Magistrate Judge Howard R. Lloyd on January 6, 2012,

21        IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that:

22        1.     Default judgment be entered in favor of Plaintiff against Defendant Chuck

23 Gibson aka David Barton, doing business as BuzzBoySales, in the amount of $1,000,000.00 in

24 statutory damages;

25        2.     Plaintiff be awarded attorney's fees of $7,492.50 and costs.

26        3.     Injunction as follows: Chuck Gibson aka David Barton, doing business as

27 BuzzBoySales, acting under these or any other names or aliases, his agents, representatives,

28 employees, and all persons acting in concert or participation with him are permanently enjoined

HIRSCH, CLOSSON et al.
A Professional Corporation
2175 N. California Bl., Ste 424
Walnut Creek, CA 94596
Tel: (925) 935-9800

1

~~PROPOSED~~ AMENDED - CORRECTED JUDGMENT

from (1) using or selling any counterfeit reproduction of "Specialized" or "Specialized S" products or any of Specialized's registered marks or any other reproduction, counterfeit, copy, or colorable imitation of said marks or otherwise infringing upon Specialized's marks; (2) competing unfairly with Specialized or otherwise injuring Specialized's business reputation; (3) falsely advertising the sale or offer for sale of authentic Specialized goods; (4) manufacturing, importing, distributing, or otherwise offering for sale any counterfeit products containing Specialized's marks; (5) assisting, aiding, or abetting any other person or business entity in engaging in any of the said activities; and (6) pursuant to 15 U.S.C. § 1118, the enjoined party is directed to deliver up for destruction or other disposition by Specialized all products, advertisements, price lists, product brochures, labels, signs, prints, decals, packages, boxes, cartons, wrappers, receptacles, and all other materials in his possession, custody, or control which bear any counterfeit or otherwise infringing reproduction of a Specialized mark and all means of making or duplicating such marks.

IT IS FURTHER ORDERED that the Clerk shall close this file. This Judgment terminates any pending motions.

IT IS SO ORDERED

Dated: February 9, 2012

_____
EDWARD J. DAVILA
United States District Judge

HIRSCH, CLOSSON et al.
A Professional Corporation
2175 N. California Bl., Ste 424
Walnut Creek, CA 94596
Tel: (925) 935-9800

2

~~PROPOSED~~ AMENDED - CORRECTED JUDGMENT